UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-62357-CIV-SEITZ/O'SULLIVAN

MARINA PACHECO,

    Plaintiff,

vs.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____/

## FINAL DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 7]. Plaintiff represents that the parties amicably resolved all matters in controversy and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,[1] Plaintiff requests that this action be dismissed with prejudice. Upon review, it is hereby

ORDERED that

(1) This action is DISMISSED WITH PREJUDICE.

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3) This CASE IS CLOSED.

ORDERED in Miami, Florida, this 7th day of March, 2011.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record
        Judge O'Sullivan

---

[1] Since the Defendant did not serve an answer or a motion for summary judgment, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff may voluntarily dismiss this action without a Court order and without a stipulation by Defendant. FED. R. CIV. P. 41(a)(1)(A)(i).